**Order filed December 10, 2019.**



In The

# Fourteenth Court of Appeals
———————

## NO. 14-19-00237-CR
———————

**RYAN  COLEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause No. 1619943**

## ORDER

The reporter's record in this case was due **May 10, 2019**.  *See* Tex. R. App. P. 35.1.  On July 11, 2019, this court ordered the court reporter to file the record within 30 days.  The complete record has not been filed with the court. Volumes 1, 7, 9, and 10 are missing from the record.  Because the complete reporter's record has not been filed timely, we issue the following order.

We order **Arlene Webb**, the substitute court reporter, to file the record in this appeal **within 30  days** of the date of this order.  No further extension will be entertained absent exceptional circumstances.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If  does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM


Panel Consists of Justices Zimmerer, Spain, and Hassan.